UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CR-60047-RAR

**UNITED STATES OF AMERICA**

vs.

**BRANDI JOHNSON,**

    Defendant.
_____/

**ORDER ON MOTION FOR TERMINATION OF SUPERVISED RELEASE**

**THIS CAUSE** comes before the Court on Defendant's Motion to Terminate Supervised Release Term, filed on March 23, 2022 [ECF No. 481] ("Motion"). The Government filed its Response in Opposition on April 25, 2022 [ECF No. 483] ("Response").

Having carefully reviewed the Motion, the Response, the record, and the factors set forth in 18 U.S.C. § 3553(a), and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **DENIED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of April, 2022.

                                                         _____
                                                         **RODOLFO A. RUIZ II**
                                                         **UNITED STATES DISTRICT JUDGE**